UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BRENNAN,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL WOODCRAFT, INC.,<br><br>    Defendant. | Case No. 4:17-cv-06061-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

On April 24, 2018, the parties attended mediation, and, on May 3, 2018, the mediator filed an ADR certification that the case settled. (Dkt. No. 21.) Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court. Additionally, the June 5, 2018 case management conference is continued to August 21, 2018.

IT IS SO ORDERED.

Dated: May 30, 2018

KANDIS A. WESTMORE
United States Magistrate Judge