Daniel S. Raff (SBN 279259)
Edwin Bradley, Of Counsel (SBN 141932)
RAFF LAW, APC
The Grace Building
17 Keller Street
Petaluma, CA 94954
Telephone:    707-879-8040
Fax:          707-674-5600
Email: draff@rafflawoffice.com
       ebradley@rafflawoffice.com

Attorneys for Plaintiff,
CHARLES BRENNAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BRENNAN,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>GENERAL WOODCRAFT INC., and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.:  4:17-cv-06061-KAW<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii) and ORDER OF DISMISSAL**<br><br>Complaint Filed: Sept. 15, 2017<br>Case Before:    The Hon. Kandis Westmore |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, and in consideration of a negotiated settlement executed by them, that this action be dismissed with prejudice as to all claims, causes of action, and parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 7, 2018                              RAFF LAW, APC


                                                 /s/ Daniel S. Raff_____
                                                 Daniel S. Raff
                                                 Attorneys for Plaintiff, Charles Brennan

---

1
STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Dated: June 6, 2018                    JACKSON LEWIS P.C.

/s/ Spencer J. Davidson_____
Denise Trani-Morris
Spencer J. Davidson
Attorneys for Defendant,
General Woodcraft Inc.

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: ____6/14_____, 2018

*Kandis Westmore*
Kandis A. Westmore
U.S. Magistrate Judge
U.S. District Court